DECEMBER 2, 1963.

No. 5, Original. UNITED STATES *v.* CALIFORNIA. The motion of the United States for leave to file a supplemental complaint herein is granted. The motion of California to dismiss the case is denied and California is allowed 60 days to answer. Both parties, should they so desire, are allowed 60 days to file additional exceptions to the Special Master's Report filed on November 10, 1952, together with briefs in support of the exceptions already filed and such additional exceptions, if any. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of these motions. *Solicitor General Cox* and *George S. Swarth* for the United States. *Stanley Mosk,* Attorney General of California, *Charles E. Corker* and *Howard S. Goldin,* Assistant Attorneys General, and *Jay L. Shavelson, Warren J. Abbott* and *N. Gregory Taylor,* Deputy Attorneys General, for defendant. [For opinion and decree in this case, see 332 U. S. 19, 804.]

No. 323. SHENANDOAH VALLEY BROADCASTING, INC., ET AL. *v.* AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, *ante,* p. 39. The petitioners are requested to file a response to the petition for rehearing in this case within 30 days.

No. 563, Misc. PYLES *v.* WEST VIRGINIA ET AL. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. C. Donald Robertson,* Attorney General of West Virginia, and *Claude A. Joyce* and *Albert L. Sommerville, Jr.,* Assistant Attorneys General, for respondents.